In Re: VBI Group LLC v. Nguyen et al
Case No. 25-33671-sgj7 -7
Adv. No. 25-03127-sgj

# SUMMONS SERVICE EXECUTED

I, Janet McNeese

of** Kelly Hart & Hallman LLP

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 29th day of December, 2025 I served a copy of the Scheduling Order [Docket No. 3] within summons, together with the complaint filed in this proceeding, on

Peter Hoa Nguyen

the defendant in this proceeding, by {describe here the mode of service}

First Class Mail, Postage Pre-paid

the said defendant at

Peter Hoa Nguyen, 836 Bentwater Pkwy, Cedar Hill, TX 75104

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/30/2025              /s/ Janet C. McNeese
              (Date)                        (Signature)

** Attn: Jeff Whitfield, 201 Main St., Ste. 2500, Fort Worth, TX 76102
*State mailing address*