Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Defendant Thi Hong Nguyen

# United States Bankruptcy Court

## Northern District of Texas
## Dallas Division

| | |
|---|---|
| In re:<br>**PETER HOA NGUYEN and<br>THI HONG NGUYEN,**<br><br>**Debtors**<br><br>**VBI GROUP LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PETER HOA NGUYEN and<br>THI HONG NGUYEN,**<br><br>**Defendants.** | Case No. 25-33671-sgj7<br><br>Chapter 7<br><br><br><br>Adversary No. 25-03127-sgj |

### **ANSWER OF DEFENDANT THI HONG NGUYEN**

Defendant Thi Hong Nguyen ("Thi") files this original answer to the Complaint filed by VBI Group LLC ("VBI") seeking to deny Thi discharge under 11 U.S.C. §§ 523(a)(4) for larceny and 523(a)(6) for willful and malicious injury.

### GENERAL DENIAL

1.  Defendant Thi denies each and every allegation in VBI's Complaint except those expressly admitted herein.

## SPECIFIC RESPONSE TO ALLEGATIONS

2. Thi admits she is a debtor under the underlying bankruptcy case and that the Court has jurisdiction to determine dischargeability. Thi denies all remaining allegations and legal conclusions.

3. Thi denies that she was entrusted with VBI's alleged trade secrets or had authorized access to proprietary information.

4. Thi denies each and every allegation of misappropriation, conspiracy, knowledge, intent, or participation in any wrongful conduct.

5. Even if a civil conspiracy were found to exist under state law, such finding is insufficient to establish nondischargeability absent proof of Thi's personal intent and conduct under § 523.

6. Thi admits that the state-court judgment exists, but denies that the findings therein are entitled to collateral-estoppel effect as to her personal conduct, intent, or mental state for purposes of § 523.

7. Thi admits the allegations contain in paragraphs 29 and 30.

8. Thi denies Count Three – Larceny. Thi denies any unlawful taking, possession, or conversion of VBI's property. Thi further denies that she ever possessed, accessed, or exercised control over any alleged trade secrets, whether lawfully or unlawfully.

9. Thi denies Count Four – Willful and Malicious Injury. Thi denies any intent to cause injury to VBI or its property.

## FURTHER RESPONSE & AFFIRMATIVE DEFENSES

10. Without assuming the burden of proof, and to the extent applicable, Thi asserts the following defenses, including affirmative defenses:

11. **Failure to Establish Elements of § 523**. Plaintiff has failed to establish the required elements of nondischargeability as to Thi.

12. **No Fiduciary Relationship**. Thi owed no fiduciary duties to Plaintiff and cannot be liable under § 523(a)(4) on that basis.

13. **No Personal Intent or Knowledge**. Plaintiff cannot establish that Thi personally intended any injury or knowingly participated in wrongful conduct.

14. **No Imputed or Vicarious Liability**. Nondischargeability cannot be imposed based on imputed, derivative, marital, or conspiracy-based liability.

15. **Collateral Estoppel Does Not Apply**. The state-court findings do not establish Thi's personal mental state or conduct under the standards required by § 523.

16. **Lack of Allocation and Severability**. Plaintiff has failed to allocate damages attributable to Thi individually.

17. **Exemplary Damages Not Nondischargeable**. Punitive or exemplary damages are not nondischargeable as to Thi absent proof of personal willful and malicious conduct.

18. **Reservation of Rights**. Thi reserves the right to assert additional defenses as appropriate.

WHEREFORE, Debtor Thi Hong Nguyen respectfully requests the Court to deny Plaintiff's requested relief and declare the alleged debt dischargeable as to her.

                                              Respectfully submitted:

                                              By:___/s/ Clayton L. Everett_____
                                              Clayton L. Everett | State Bar No. 24065212
                                              clayton@norredlaw.com
                                              Norred Law, PLLC
                                              515 E. Border St.; Arlington, Texas 76010
                                              Telephone: (817)704-3984
                                              Attorney for the Defendant Thi Hong Nguyen

## CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

                                        /s/ Clayton L. Everett
                                        Clayton L. Everett