

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2026**

_____
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-33671-sgj7 |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN | § | |
| | § | CHAPTER 7 |
| DEBTORS | § | |
| | § | |
| VBI GROUP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADV. PROC. NO. 25-03127-sgj |
| | § | |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN, | § | |
| | § | |
| Defendants | § | |

### AGREED SCHEDULING ORDER

In consideration of the record in this action and the agreement of the parties to this matter, it is ORDERED that the *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 3] is amended as follows:

1. Discovery must be completed by July 31, 2026, 45 days prior to Docket Call.

2. The names and addresses of experts must be exchanged on July 16, 2026, 60 days prior to Docket Call. If Plaintiff designates any expert witness, Defendants may designate rebuttal expert witnesses within fourteen (14) days after service of Plaintiff's expert disclosure, even if such designation occurs after July 16, 2026.

3. A joint pretrial order shall be filed, served, and uploaded for the Court's entry on September 7, 2026, 7 days prior to Docket Call.

4. All exhibits, along with a list of witnesses to be called, shall be exchanged with opposing counsel on August 31, 2026, 14 days before Docket Call.

5. Each party shall file a list of exhibits and witnesses on August 31, 2026, 14 days before Docket Call. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or during Docket Call.

6. Written Proposed Findings of Fact and Conclusions of Law and any Trial Briefs shall be filed on September 7, 2026, 7 days prior to Docket Call.

7. All dispositive motions must be heard no later than August 31, 2026, 14 days before Docket Call.

8. All dispositive motions must be filed no later than July 31, 2026, 45 days prior to Docket Call.

9. Docket call will be held on September 14, 2026, at 1:30 p.m. (CT) ("Docket Call").

10. Trial will be set before the Honorable Stacey G. C. Jernigan, 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas, 75242, for the week of September 21, 2026.

11. The terms of this Order are without prejudice to the parties to seek to either amend or supplement this Order, either by agreement or motion.

12. This Order (i) supersedes, and governs over, any prior scheduling order(s) entered prior to the date hereof and (ii) shall be binding on all parties to this adversary proceeding.

### END OF ORDER ###

Submitted by:

| | |
|---|---|
| */s/ Harrison A. Pavlasek* | */s/ Clayton L. Everett w/ permission* |
| Jeff Whitfield | Clayton L. Everett |
| State Bar No. 24060825 | State Bar No. 24065212 |
| jeff.whitfield@kellyhart.com | clayton@norredlaw.com |
| Joseph D. Austin | Norred Law, PLLC |
| State Bar No. 24101470 | 515 E. Border Street |
| joseph.austin@kellyhart.com | Arlington, Texas 76010 |
| Harrison A. Pavlasek | Telephone: (817) 704-3984 |
| State Bar No. 24126906 | |
| harrison.pavlasek@kellyhart.com | *Attorney for the Defendants, Peter Nguyen and Thi Hong Nguyen* |
| Kelly Hart & Hallman LLP | |
| 201 Main Street, Suite 2500 | |
| Fort Worth, Texas 76102 | |
| Telephone: (817) 332-2500 | |
| Facsimile: (817) 878-9280 | |

*Attorneys for Plaintiff, VBI Group LLC*

United States Bankruptcy Court

Northern District of Texas

VBI Group LLC,
    Plaintiff

Adv. Proc. No. 25-03127-sgj

Nguyen,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Feb 12, 2026      Form ID: pdf001      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 12 2026 21:28:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 12 2026 21:28:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 12 2026 21:28:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 12 2026 21:28:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 12 2026 21:28:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026      Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf001 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

**Name**  **Email Address**

Clayton Everett
on behalf of Defendant Thi Hong Nguyen clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
on behalf of Defendant Peter Hoa Nguyen clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Harrison Pavlasek
on behalf of Plaintiff VBI Group LLC harrison.pavlasek@kellyhart.com

Jeff Eric Whitfield
on behalf of Plaintiff VBI Group LLC jeff.whitfield@kellyhart.com  ashley.blackwood@kellyhart.com

Joseph Daniel Austin
on behalf of Plaintiff VBI Group LLC joseph.austin@kellyhart.com  janet.mcneese@kellyhart.com

TOTAL: 5