

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 29, 2026**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-33671-sgj7 |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN | § | |
| | § | CHAPTER 7 |
| DEBTORS | § | |
| | § | |
| VBI GROUP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADV. PROC. NO. 25-03127-sgj |
| | § | |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN, | § | |
| | § | |
| Defendants | § | |

## AMENDED AGREED SCHEDULING ORDER

In consideration of the record in this action and the agreement of the parties to this matter,

it is ORDERED that the *Agreed Scheduling Order* [Docket No. 8] is amended as follows:

1.      Discovery must be completed by October 30, 2026, 45 days prior to Docket Call.

2.      The names and addresses of experts must be exchanged on October 15, 2026, 60 days prior to Docket Call. If Plaintiff designates any expert witness, Defendants may designate rebuttal expert witnesses within fourteen (14) days after service of Plaintiff's expert disclosure, even if such designation occurs after October 15, 2026.

3.      A joint pretrial order shall be filed, served, and uploaded for the Court's entry on December 7, 2026, 7 days prior to Docket Call.

4.      All exhibits, along with a list of witnesses to be called, shall be exchanged with opposing counsel on November 30, 2026, 14 days before Docket Call.

5.      Each party shall file a list of exhibits and witnesses on November 30, 2026, 14 days before Docket Call. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or during Docket Call.

6.      Written Proposed Findings of Fact and Conclusions of Law and any Trial Briefs shall be filed on December 7, 2026, 7 days prior to Docket Call.

7.      All dispositive motions must be heard no later than November 30, 2026, 14 days before Docket Call.

8.      All dispositive motions must be filed no later than October 30, 2026, 45 days prior to Docket Call.

9.      Docket call will be held on December 14, 2026, at 1:30 p.m. (CT) ("Docket Call").

10.     Trial will be set before the Honorable Stacey G. C. Jernigan, 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas, 75242, for the week of December 21, 2026.

11.     The terms of this Order are without prejudice to the parties to seek to either amend or supplement this Order, either by agreement or motion.

12.     This Order (i) supersedes, and governs over, any prior scheduling order(s) entered prior to the date hereof and (ii) shall be binding on all parties to this adversary proceeding.

### END OF ORDER ###

Submitted by:

/s/ Harrison A. Pavlasek
Jeff Whitfield
State Bar No. 24060825
jeff.whitfield@kellyhart.com
Joseph D. Austin
State Bar No. 24101470
joseph.austin@kellyhart.com
Harrison A. Pavlasek
State Bar No. 24126906
harrison.pavlasek@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

*Attorneys for Plaintiff, VBI Group LLC*

/s/ Clayton L. Everett w/ permission
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984

*Attorney for the Defendants, Peter Nguyen and Thi Hong Nguyen*