**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-33671-sgj7 |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN | § | |
| | § | CHAPTER 7 |
| DEBTORS | § | |
| | § | |
| VBI GROUP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADV. PROC. NO. 25-03127-sgj |
| | § | |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN, | § | |
| | § | |
| Defendants | § | |

**ORDER GRANTING VBI GROUP LLC'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

On the 24th day of November 2026, VBI Group, LLC ("Plaintiff") filed its *Motion for Partial Summary Judgment* (the "Motion"). The Court, having considered the Motion, the response and reply thereto, the pleadings on file, the summary judgment evidence, the applicable law, and

the arguments of counsel, finds that Plaintiff's Motion should be **GRANTED**. **IT IS THEREFORE**

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion is **GRANTED**.

### END OF ORDER ###

Submitted by:

Jeff Whitfield
State Bar No. 24060825
jeff.whitfield@kellyhart.com
Joseph D. Austin
State Bar No. 24101470
joseph.austin@kellyhart.com
Harrison A. Pavlasek
State Bar No. 24126906
harrison.pavlasek@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

*Attorneys for VBI Group LLC*