Jeff Whitfield
State Bar No. 24060825
jeff.whitfield@kellyhart.com
Joseph D. Austin
State Bar No. 24101470
joseph.austin@kellyhart.com
Harrison A. Pavlasek
State Bar No. 24126906
harrison.pavlasek@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

*Attorneys for VBI Group LLC,*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 25-33671-sgj7 |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN | § | |
| | § | CHAPTER 7 |
| DEBTORS | § | |
| | § | |
| VBI GROUP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADV. PROC. NO. 25-03127-sgj |
| | § | |
| PETER HOA NGUYEN and | § | |
| THI HONG NGUYEN, | § | |
| | § | |
| Defendants | § | |

# VBI GROUP LLC'S APPENDIX IN SUPPORT OF THE MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, VBI Group LLC, files this *Appendix* in support of the *Motion for Partial Summary Judgment* filed contemporaneously herewith:

| Exhibit | Documents | Appendix Page Nos. |
|---|---|---|
| A | State Court Petition | 1–14 |
| B | State Court's Final Judgment | 15–22 |
| C | Jury Verdict | 23–51 |
| D | Docket from the State Court Litigation | 52–68 |
| E | Declaration of Mark A. Cooper | 69–70 |

*[Remainder of Page Intentionally Left Blank]*

Dated: November 24, 2026

Respectfully submitted,

*/s/ Harrison A. Pavlasek*
Jeff Whitfield
State Bar No. 24060825
jeff.whitfield@kellyhart.com
Joseph D. Austin
State Bar No. 24101470
joseph.austin@kellyhart.com
Harrison A. Pavlasek
State Bar No. 24126906
harrison.pavlasek@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

*Attorneys for VBI Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I caused a true and correct copy of the foregoing, along with the Motion and Brief, to be served on the Court's CM/ECF system on all parties requesting such service and on the following:

Peter Hoa Nguyen and Thi Hong Nguyen
c/o Marshall Presley & Pipal PLLC
Attn: Andrew Russell and Justin Kahl
russell@mpplegal.com
kahl@mpplegal.com

*/s/ Harrison A. Pavlasek*
Harrison A. Pavlasek